UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gloria Johnson,                                   Case No. 12-CV-1259 (SRN/LIB)

            Plaintiff,

            vs.                                            **ORDER**

Cory, Waston, Crowder, DeGaris;
Ms. L. Waston; and Ms. Ashton
Thompson,

            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

Plaintiff's Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE, for failure to comply with this Court's Order of May 31, 2012, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: August 16, 2012                      s/Susan Richard Nelson
St. Paul, Minnesota                        SUSAN RICHARD NELSON
                                               United States District Judge